**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BROWN, | ) NO. EDCV 16-494-DMG (KS) |
|         Petitioner, | ) |
|   v. | ) **JUDGMENT** |
| DEAN BORDERS, Acting Warden, | ) |
|         Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 1, 2016

                                                _____
                                                     DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE